SRM

**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Herlindo Fuentes-Ramos,<br>    Plaintiff,<br>v.<br>Joseph Arpaio,<br>    Defendant. | CV-07-0098-PHX-SMM (JI)<br><br>**WITHDRAWAL OF REFERENCE** |

The Defendant's Motion to Consolidate and Dismiss, filed May 29, 2007 (Doc. 8) and Plaintiff's Motion to Voluntarily Dismiss Without Prejudice, filed August 20, 2007 (Doc. 11) are now ready for the Court's consideration, accordingly,

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendant's Motion to Consolidate and Dismiss, filed May 29, 2007 (Doc. 8).

**IT IS FURTHER ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Plaintiff's Motion to Voluntarily Dismiss Without Prejudice, filed August 20, 2007 (Doc. 11).

**IT IS FURTHER ORDERED** all other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 26th day of September, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge